THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Noah D.
 Chappell, Appellant.
 
 
 
 
 

Appeal from Greenville County
C. Victor Pyle, Jr., Circuit Court Judge

Unpublished Opinion No. 2010-UP-097
 Submitted January 4, 2010  Filed February
4, 2010   

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia; Solicitor Robert M. Ariall, of
 Greenville, for Respondent.
 
 
 

PER CURIAM: Noah D. Chappell appeals his convictions and sentences
 for possession of a pistol by a person convicted of a violent crime, possession
 or use of body armor by a violent offender, and the unlawful carrying of a pistol.
 Chappell argues the trial court erred in ending jury selection and beginning
 empanelling a new jury due to strikes made in violation of Batson v. Kentucky,
 476 U.S. 79 (1989).  Chappell filed a separate pro se brief arguing the trial
 court erred in denying his motion for a directed verdict.  After a thorough review of the record, and
 both briefs, pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS, PIEPER, and Lockemy, JJ., concur. 

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.